(102 So. 925)

. Carl PEAVY v. STATE. (5 Div. 505.) (Court of Appeals of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Carrying concealed pistol.

BRICKEN, P. J. Appeal dismissed by appellant.

(104 So. 924)

Henry PEEBLES v. STATE. (8 Div. 313.) (Court of Appeals of Alabama. April 7, 1925. Rehearing Denied April 21, 1925.) Appeal from Circuit Court, Morgan County; James E. Horton, Jr., Judge. Distilling. Certiorari denied by Supreme Court in Ex parte Peebles, 104 So. 917. G. O. Chenault, of Albany, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. It could serve no good purpose to recite the evidence as shown by the record. After an examination of the entire evidence, we are of the opinion that the defendant was not entitled to the general affirmative charge. The rulings of the court upon the admission of testimony were also without error. We find no error in the record, and the judgment is affirmed. Affirmed.

(100 So. 926)

T. C. PENTON v. Leo J. DRUM et al. (4 Div. 946.) (Court of Appeals of Alabama. June 24, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. J. Morgan Prestwood, of Andalusia, for appellant. Thigpen, Murphy & Jones, of Andalusia, for appellees.

SAMFORD, J. Affirmed on motion of appellees.

(101 So. 925)

Estess PICKETT v. STATE. (4 Div. 36.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Burglary.

BRICKEN, P. J. Appeal dismissed; appellant a fugitive from justice.

(104 So. 924)

Louis PICKETT v. STATE. (7 Div. 9.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Violating prohibition law. L. L. Saxon, of Columbiana, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The evidence contained in this transcript has been carefully examined and considered by this court, and we have reached the conclusion that the state failed to meet the burden of proof necessary to a conviction. The probabilities of innocence are too numerous to permit this conviction to stand. This is conceded by the Attorney General, who represents the state in this court. The court erred in refusing to give the general affirmative charge requested in writing by defendant. The numerous other insistences of error need not be considered. Reversed and remanded.

(103 So. 926)

A. A. PIERCE v. STATE. (6 Div. 661.) (Court of Appeals of Alabama. March 19, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law.

PER CURIAM. Abated on account of the death of appellant.

(100 So. 926)

. James R. PINKSTON, alias, etc., v. STATE. (3 Div. 476.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Butler County; Arthur E. Gamble, Judge.

BRICKEN, P. J. From a judgment of conviction for the offense of arson in the first degree, and a sentence of 10 years' imprisonment in the penitentiary, the defendant appeals. The appeal is upon the record proper, there being no bill of exceptions. We have examined the record, and find it regular in all things, and, as no error appears thereon, the judgment of the circuit court is affirmed. Affirmed.

(104 So. 924)

Mary PORTER v. STATE. (6 Div. 611.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Manslaughter, first degree.

SAMFORD, J. Appeal dismissed. .

(102 So. 925)

Frank POSEY v. CITY OF BIRMINGHAM. (6 Div. 569.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; Leon McCord, Judge. Vagrancy.

FOSTER, J. Affirmed.

(102 So. 925)

Jas. L. POSTON v. John VARIN. (6 Div. 596.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

RICE, J. Appeal dismissed by appellant.

(104 So. 924)

Frank POTTER v. STATE. (4 Div. 79.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

BRICKEN, P. J. This appellant, defendant below, when arraigned upon the indictment, for answer thereto interposed a plea of guilty as charged therein. But, notwithstanding this plea, he took an appeal from the judgment of conviction. The cause is here submitted upon the record, which is without error. Manifestly this appeal was for delay. The judgment of the circuit court is affirmed. Affirmed.

(104 So. 924)

Prior POUNDERS v. STATE. (8 Div. 368.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Franklin County; Charles P. Almon, Judge. Public drunkenness.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.